IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., #259380, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOETTA HOLLAND, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:09cv655-MHT<br>(WO) |

**ORDER AND OPINION**

On October 4, 2012, the magistrate judge filed a recommendation that this case should be dismissed for want of prosecution. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge to which no timely objections have been filed, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 95) is adopted.

Done this the 28th day of October, 2011.

/s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE